IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN PERRY, | Civil No. 3:16-cv-1667 |
| Petitioner | (Judge Mariani) |
| v. | |
| MICHAEL OVERMYER, et al., | |
| Respondents | |

## ORDER

**AND NOW**, this 7th day of January, 2019, upon consideration of Petitioner's motion (Doc. 29) for appointment of counsel, and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 29) for appointment of counsel is **DENIED** without prejudice.

2. A determination of whether an evidentiary hearing should be conducted will be held in abeyance pending full review of the habeas petition.

Robert D. Mariani
United States District Judge